UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Atvandil Beriashvili, | |
| Petitioner, | 26-CV-612 (AS) |
| -against- | ORDER |
| Kristi Noem et al., | |
| Respondents. | |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:  April 22, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge